| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Steven A. Alpert<br>Price Law Group, APC<br>15760 Ventura Blvd.<br>Suite 1100<br>Encino, CA 91436<br>818-995-4540 Fax: 818-995-9277<br>California State Bar Number: 159730<br><br>☐ Debtor(s) appearing without an attorney<br>☒ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>Jorge Caranza Martinez | CASE NO.: 8:15-bk-10023-TA<br>CHAPTER: 13 |
|---|---|
| | DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:<br>1. DEEDS OF TRUST [OR MORTGAGES]<br>2. LEASES ON PERSONAL PROPERTY;<br>3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY<br>[LBR 3015-1(e) and LBR 3015-1(m)] |
| Debtor(s). | [No Hearing Required] |

I, (Debtor's name), __Jorge Caranza Martinez__, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __January 5, 2015__.

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| 8141 Santa Inez Way<br>Buena Park, CA 90620 | Name of Creditor (*printed*):<br>**Ntl Bk/Ocwen Loan Servicing**<br>(*check one*)<br>☒ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | $660.00<br>$660.00 | 2/1/15<br>3/1/15 | 1/30/15<br>3/01/15 |
| 2009 Freightliner Truck/Tractor | Name of Creditor (*printed*):<br>**Crossroads Equipment L**<br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☒ Car loan<br>☐ Lease<br>☐ Other (*specify*): | $1,404.00<br>$1,350.00 | 2/1/15<br>3/1/15 | 1/25/15<br>3/1/15 |
| 2008 Jeep Liberty | Name of Creditor (*printed*):<br>**M&n Financing Corp**<br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☒ Car loan<br>☐ Lease<br>☐ Other (*specify*): | $460.00<br>$460.00 | 2/1/15<br>3/1/15 | 1/30/15<br>3/11/15 |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |

---

[1] Attach additional pages if necessary.
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    Page 2                    F 3015-1.4.DEC.PRECONF.PYMTS

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*):<br><br>(*check one*)<br>☐ Deed of Trust/Mortgage<br>☐ Car loan<br>☐ Lease<br>☐ Other (*specify*): | | | |

6.  ☐ Continued on Attached Page.

7.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 3-10-15

*(signature)*
Jorge Caranza Martinez
*Debtor*

---

[3] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012         Page 3         F 3015-1.4.DEC.PRECONF.PYMTS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15760 Ventura Boulevard, Suite 1100
Encino, CA 91436

A true and correct copy of the foregoing document entitled **DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS: 1. DEED OF TRUST [OR MORTGAGES] 2. LEASES ON PERSONAL PROPERTY; 3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY [LBR 3015-1(e) AND LBR 3015-1(m)]** . will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 17, 2015 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
ATTORNEY FOR DEBTOR: Steven A Alpert    notice@pricelawgroup.com, steven@pricelawgroup.com
CHAPTER 13 TRUSTEE: Amrane (SA) Cohen (TR)    efile@ch13ac.com
ECF PARTY: Leslie M Klott    bankruptcy@zievelaw.com
U.S. TRUSTEE: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:**
On March 17, 2015 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE
Hon. Theodor C. Albert
United States Bankruptcy Court
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ,I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 17, 2015 | Lidia Ramirez | _/s/ Lidia Ramirez_ |
|---|---|---|
| Date | Typed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF. SERVICE**

**ADDITIONAL SERVICE INFORMATION (if needed):**

**BY U.S. MAIL**

**DEBTOR**
Jorge C. Martinez
P.O Box 5581
Buena Park, CA 90620

**CREDITOR**
City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach FL 33416

Crossroads Equipment L
9385 Haven Ave
Rancho Cucamonga CA 91730

M&n Financing Corp
2500 Wilshire Blvd Ste 1
Los Angeles CA 90057

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF. SERVICE**